HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
ANGEL SANTIAGO RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00179-TLN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ANGEL SANTIAGO RIVERA | ) | Date:  March 31, 2022 |
| Defendant. | ) | Time:  9:30 a.m. |
|  | ) | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through James Conolly, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, that the status conference for March 31, 2022 be continued to May 12, 2022 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review, discovery, to continue investigating avenues for mitigation and to negotiate a possible pre-trial resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties stipulation through and including May 12, 2022; pursuant to 18 U.S.C.§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1  Counsel and the defendants also agree that the ends of justice served by the Court
2  granting this continuance outweigh the best interests of the public and the defendants in a speedy
3  trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: March 29, 2022 | HEATHER E. WILLIAMS |
|  | Federal Defender |
|  |  |
|  | /s/ Noa E. Oren |
|  | NOA E. OREN |
|  | Assistant Federal Defender |
|  | Attorney for Defendant |
|  | ANGEL SANTIAGO RIVERA |
|  |  |
| DATED:  March 29, 2022 | PHILLIP TALBERT |
|  | United States Attorney |
|  |  |
|  | /s/ James Conolly |
|  | JAMES CONOLLY |
|  | Assistant United States Attorney |
|  | Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference scheduled for March 31, 2022 be continued to May 12, 2022 at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including May 12, 2022, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: March 29, 2022

_____
Troy L. Nunley
United States District Judge