HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
ANGEL SANTIAGO RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00179-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ANGEL SANTIAGO RIVERA | |
| Defendant. | Date:   August 4, 2022<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through James Conolly, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, that the status conference for August 4, 2022 be continued to August 25, 2022 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery and investigate avenues for mitigation.  The government has offered a plea in this case and defense counsel requires additional time to review the offer with her client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties stipulation through and including August 25, 2022; pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1   Counsel and the defendants also agree that the ends of justice served by the Court

2   granting this continuance outweigh the best interests of the public and the defendants in a speedy

3   trial.

4                                    Respectfully submitted,

5   DATED: July 27, 2022            HEATHER E. WILLIAMS
                                     Federal Defender

6
                                     */s/ Noa E. Oren*
7                                    NOA E. OREN
                                     Assistant Federal Defender
8                                    Attorney for Defendant
                                     ANGEL SANTIAGO RIVERA
9

10
    DATED:  July 27, 2022           PHILLIP TALBERT
11                                   United States Attorney

12
                                     */s/ James Conolly*
13                                   JAMES CONOLLY
                                     Assistant United States Attorney
14                                   Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference scheduled for August 4, 2022 be continued to August 25, 2022 at 9:30 a.m.  The Court orders the time from the date of the parties' stipulation, up to and including August 25, 2022, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED:  July 27, 2022

_____
Troy L. Nunley
United States District Judge