1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700/Facsimile: (916) 498-5710
5  Noa_Oren@fd.org

6  Attorney for Defendant
   ANGEL SANTIAGO RIVERA

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Case No. 2:21-CR-00179-TLN
                                    )
11            Plaintiff,            )
                                    )
12    v.                            )   **STIPULATION AND ORDER TO**
                                    )   **CONTINUE STATUS CONFERENCE AND**
                                    )   **EXCLUDE TIME**
13 ANGEL SANTIAGO RIVERA            )
                                    )   Date:  August 25, 2022
14            Defendant.            )   Time:  9:30 a.m.
                                    )   Judge: Troy L. Nunley
15                                  )

16 _____

17        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18 Attorney, through James Conolly, Assistant United States Attorney and attorney for Plaintiff,

19 and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, that

20 the status conference for August 25, 2022 be continued to September 22, 2022 at 9:30 a.m.

21        The reason for this continuance is to allow defense counsel additional time to review

22 discovery and investigate avenues for mitigation.  The government has offered a plea in this case

23 and defense counsel requires additional time to review the offer with her client.

24        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

25 excluded from the date of the parties stipulation through and including September 22, 2022;

26 pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order

27 479, Local Code T4 based upon continuity of counsel and defense preparation.

28

1    Counsel and the defendants also agree that the ends of justice served by the Court

2    granting this continuance outweigh the best interests of the public and the defendants in a speedy

3    trial.

4                                         Respectfully submitted,

5    DATED: August 22, 2022              HEATHER E. WILLIAMS
                                         Federal Defender

6
                                         */s/ Noa E. Oren*
7                                        NOA E. OREN
                                         Assistant Federal Defender
8                                        Attorney for Defendant
                                         ANGEL SANTIAGO RIVERA
9

10

11   DATED:  August 22, 2022             PHILLIP TALBERT
                                         United States Attorney
12
                                         */s/ James Conolly*
13                                       JAMES CONOLLY
                                         Assistant United States Attorney
14                                       Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference scheduled for August 25, 2022 be continued to September 22, 2022 at 9:30 a.m.  The Court orders the time from the date of the parties' stipulation, up to and including September 22, 2022, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED:  August 23, 2022

Troy L. Nunley
United States District Judge