1

HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700/Facsimile: (916) 498-5710
Noa_Oren@fd.org

Attorney for Defendant
ANGEL SANTIAGO RIVERA

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00179-TLN |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ANGEL SANTIAGO RIVERA | ) | |
| Defendant. | ) | Date:  January 12, 2023<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

16

17

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18

Attorney, through James Conolly, Assistant United States Attorney and attorney for Plaintiff,

19

and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, that

20

the status conference for November 17, 2022 be continued to January 12, 2023 at 9:30 a.m.

21

The reason for this continuance is to allow defense counsel additional time to review

22

discovery and investigate avenues for mitigation.  The government has offered a plea in this case

23

and defense counsel requires additional time to review the offer with her client who has been

24

transferred.

25

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26

excluded from the date of the parties stipulation through and including January 12, 2023;

27

pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order

28

Stipulation and Order to Continue Status
Conference

-1-

*United States v. Santiago Rivera*, 2:21-CR-179-
TLN

479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendants also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

DATED: November 9, 2022          HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ Noa E. Oren
                                 NOA E. OREN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ANGEL SANTIAGO RIVERA


DATED:  November 9, 2022         PHILLIP TALBERT
                                 United States Attorney

                                 /s/ James Conolly
                                 JAMES CONOLLY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference scheduled for November 17, 2022 be continued to January 12, 2023 at 9:30 a.m.  The Court orders the time from the date of the parties' stipulation, up to and including January 12, 2023, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED:  November 10, 2022

Troy L. Nunley
United States District Judge

Stipulation and Order to Continue Status Conference

*United States v. Santiago Rivera*, 2:21-CR-179-TLN